IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

FEIFEI GU,                               :
                                         :
        Plaintiff,                       :
                                         :
v.                                       :          No. 5:25-CV-410 (CAR)
                                         :
GINA ABADI, *et al.*,                    :
                                         :
        Defendants.                      :
_____:

### ORDER DIRECTING PAYMENT OF FILING FEE OR FILE APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff Feifei Gu, proceeding *pro se*, has filed a Complaint with this Court. However, to date, Plaintiff has failed to pay the required filing fee.[1] If Plaintiff wishes to proceed with their claims, Plaintiff is **DIRECTED** to pay the required $405.00 filing fee to the Clerk of the Court. **If Plaintiff is unable to pay** the required fee or costs associated with these proceedings, Plaintiff may file an application to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915. If Plaintiff does not pay the required fee or file an application to proceed IFP **within fourteen (14) days** from the date of this Order, the Court will dismiss this case. There will be **no service** in this case until further order of the Court.

---

[1] 28 U.S.C. § 1914 authorizes the clerk of each district court to collect a filing fee from the party instituting any civil action, suit, or proceeding in the district court.

1

**SO ORDERED,** this 14th day of July, 2026.

S/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT

2