**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **FEIFEI GU,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No. 5:25-cv-410-CAR** |
| | : | |
| **GINA ABADI *et al.*,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

**ORDER DISMISSING CASE**

On July 14, 2026, the Court notified *pro se* Plaintiff Feifei Gu that this case would be dismissed if Plaintiff failed within 14 days of the Court's Order to pay the required filing fee or, if Plaintiff could not pay, file an application to proceed *in forma pauperis*.[1] Plaintiff has failed to comply with the Court's Order, and the time to do so has now expired. Therefore, the Court hereby **DISMISSES** this case **without prejudice**.

**SO ORDERED**, this 31st day of July, 2026.

S/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT

[1] Doc. 2.