IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| FEIFEI GU, | * | |
| Plaintiff, | * | |
| v. | | Case No. 5:25-cv-00410-CAR |
| | * | |
| GINA ABADI et al., | | |
| | * | |
| Defendants. | * | |

**<u>J U D G M E N T</u>**

Pursuant to this Court's Order dated July 31, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 31st day of July, 2026.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk